UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Jose Chacon, individually and on behalf of himself and
other similarly situated employees                                    Case No.: 23-cv-00686-TAM

                                                    *Plaintiff*,

                                -*against*-

Penta Construction Corp., Greenvale Plaza Interiors,
Corp. Penta Restoration Corp. Penta Construction
Management Corp., Nikolaos Frazis, and Jason
Vanegas

                                            *Defendants*.
-------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF ACCEPTANCE
## OF DEFENDANT'S OFFER OF JUDGMENT

        Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff, Jose Chacon hereby accepts

Defendant, Greenvale Plaza Interior Corp.'s Offer of Judgment dated May 3, 2024 attached

hereto as Exhibit A.


Dated:    New York, New York
          May 3, 2024


                                        Respectfully submitted,

                                        Fisher Taubenfeld LLP
                                        *Attorneys for Plaintiff*
                                        225 Broadway, Suite 1700
                                        New York, New York 10007



                            By:  *Michael Taubenfeld*
                                        Michael Taubenfeld, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE CHACON individually and on behalf of
other similarly situated employees,                                    Case No.: 22-cv-00686- TAM

                         Plaintiff,

                -against-                                      **OFFER OF JUDGMENT
PENTA CONSTRUCTION CORP.,**                                            **PURSUANT TO
GREENVALE PLAZA INTERIORS CORP.;**                                     **FED.R.CIV.P. 68**
PENTA RESTORATION CORP., PENTA
CONSTRUCTION MANAGEMENT CORP.,
NIKOLAOS FRAZIS, and JASON VANEGAS,

                     Defendants.
-------------------------------------------------------------------X

To:   Fisher Taubenfeld LLP
       Attn:  Michael Taubenfeld, Esq.
       225 Broadway, Suite 1700
       New York, New York 10007
       Email:  michael@fishertaubenfeld.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Greenvale Plaza

Interiors Corp., by and through its attorneys, Goetz Fitzpatrick LLP, hereby offers to allow entry

of judgment in this lawsuit by Plaintiff Jose Chacon, in the amount of Twenty-Nine Thousand Five

Hundred Dollars and Zero Cents ($29,500.00) inclusive of attorneys' fees and costs (the

"Judgment Amount"). Plaintiff understands and agrees that this offer of judgment is intended to

be in full satisfaction of all claims, attorneys' fees, and costs. Plaintiff's counsel will notify the

undersigned when the offer of judgment is accepted.

The total of the Judgment Amount is inclusive of reasonable attorney's fees, costs, and

expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against all

named defendants arising out, alleged in, or related to, the facts and transactions alleged in the

above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any owner, employee, or agent, either past or present, of the defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the defendants, or any owner, employee, representative, or agent of any of the defendants.

Acceptance of this offer of judgment will act to release and discharge defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the defendants, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment will also operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made, and his offer will be deemed rejected if written notice of acceptance is not made within that time.  Written notice must be made in writing to Michael R. Fleishman, Esq., Goetz Fitzpatrick LLP, One Penn Plaza, Suite 3100, New York, New York 10119 or by email to mfleishman@goetzfitz.com attorneys for defendants. Plaintiff must then file notice of their acceptance with the Court.

Date:   May 3, 2024
        New York, New York

                                    **GOETZ FITZPATRICK LLP**


                                    By:_____
                                            Michael R. Fleishman, Esq.
                                    One Penn Plaza, Suite 3100
                                    New York, New York 10119
                                    Email:  mfleishman@goetzfitz.com

                                    *Attorneys Defendants*
                                    Penta Construction Corp., Greenvale Plaza
                                    Interiors Corp., Penta Restoration Corp.
                                    Penta Construction Management Corp. and
                                    Nikolaos Frazis

3