UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Jose Chacon, individually and on behalf of himself and
other similarly situated employees

Case No.: 23-cv-00686-TAM

*Plaintiff*,

**JUDGMENT**

-*against*-

Penta Construction Corp., Greenvale Plaza Interiors,
Corp. Penta Restoration Corp. Penta Construction
Management Corp., Nikolaos Frazis, and Jason
Vanegas

*Defendants*.
-------------------------------------------------------------------X

WHEREAS, Defendant Greenvale Plaza Interiors Corp. served Plaintiff with an offer of judgment for $29,500.00 on May 3, 2024;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on May 3, 2024; Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff JOSE SALOMON CHACON GODOY against Defendant GREENVALE PLAZA INTERIORS CORP. in the amount of $29,500, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of any Defendant.

Dated:   Brooklyn, New York                         BRENNA B. MAHONEY
         May 10, 2024                               CLERK OF COURT


                                                    _____*Jalitza Poveda*_____
                                                    Deputy Clerk